UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 18-558-JFW**                                                    Dated: October 29, 2019

===============================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Indira J. Cameron-Banks |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | Not Present |

===============================================================
U.S.A. vs (Dft listed below)                    Attorneys for Defendants

1)   Bobby Garcia, Pro Se
     Not Present

_____

PROCEEDINGS (IN CHAMBERS):   **ORDER DENYING MOTION TO TERMINATE REMAINING SUPERVISED RELEASE TERM PURSUANT TO 18 US.C. § 3583(e) [filed 9/27/19; Docket No. 7]**

On September 27, 2019, Defendant Bobby Garcia ("Defendant") filed a Motion to Terminate Remaining Supervised Release Term Pursuant to 18 U.S.C. § 3583(e) ("Motion").  Docket No. 7.  On October 21, 2019, the Government filed its Opposition.  Docket No. 9.  The Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for November 4, 2019 is hereby vacated and the matter taken off calendar. After considering the moving and opposing papers, and the arguments therein, the Court rules as follows:

For the reasons stated by the Government in its Opposition (Docket No. 9) and by the Probation Officer (Docket No. 8), Defendant's Motion is **DENIED**.

IT IS SO ORDERED.

Initials of Deputy Clerk   sr